

666 Old Country Road, Suite 501
Garden City, NY 11530

T: (212) 756-1277
jkirshner@jkirshnerlaw.com
www.jkirshnerlaw.com

October 4, 2021

VIA ECF
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Luis Gamez, et al., 21 Cr. 148 (PAE)

Dear Judge Engelmayer:

I represent Daniel Ortiz in the above-captioned matter. I write to inform the Court that I am currently on trial before Hon. Joan M. Azrack in the Eastern District of New York (Central Islip courthouse). The trial has lasted longer than anticipated. We expect the jury to begin their deliberations at some point tomorrow (October 5, 2021). If there is a verdict on or before October 6, 2021, I will appear with my client in person at the conference scheduled for October 7, 2021. If the jury is still deliberating, I respectfully request that I, along with my client, be permitted to appear remotely. I have contacted the Government and they do not object to this application.

Thank you for your consideration and attention to this matter.

Respectfully submitted,

_____/s/_____
Joshua D. Kirshner

cc:   All parties (via ECF)

**GRANTED** – as to Mr. Kirschner only, and only in the event that his EDNY trial remains ongoing. For avoidance of doubt, Mr. Kirschner's client is to appear in person. The Clerk of Court is requested to terminate the motion at Dkt. No. 61.

10/4/2021
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge