

666 Old Country Road, Suite 501
Garden City, NY 11530

T: (212) 756-1277
jkirshner@jkirshnerlaw.com
www.jkirshnerlaw.com

July 5, 2022

VIA ECF
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Gamez, et al. (Daniel Ortiz)
      21-cr-148 (PAE)

Dear Judge Engelmayer,

    I represent Daniel Ortiz in the above-captioned matter. On consent of the Government, I write to respectfully request a 45-day adjournment of Mr. Ortiz' sentencing proceeding currently scheduled for July 28, 2022. This adjournment will give counsel additional time to receive documentation for the Court's consideration at sentencing. Additionally, due to illness, a minor medical procedure was rescheduled and now conflicts with sentencing preparation. This is Mr. Ortiz' first request for an adjournment of sentencing.

    Thank you for your consideration and attention to this matter.

Respectfully submitted,

_____/s/_____
Joshua D. Kirshner

**GRANTED.** Sentencing is adjourned to September 29, 2022 at 11:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 126.

SO ORDERED.                                                               7/5/2022

_____
PAUL A. ENGELMAYER
United States District Judge