

666 Old Country Road, Suite 501
Garden City, NY 11530

T: (212) 756-1277
jkirshner@jkirshnerlaw.com
www.jkirshnerlaw.com

September 12, 2022

VIA ECF
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Gamez, et al. (Daniel Ortiz)
      21-cr-148 (PAE)

Dear Judge Engelmayer,

I represent Daniel Ortiz in the above-captioned matter. On consent of the Government, I write to respectfully request a 45-day adjournment of Mr. Ortiz' sentencing proceeding currently scheduled for September 29, 2022. This adjournment will give counsel additional time to receive and review mitigation reports for the Court's consideration at sentencing. This is Mr. Ortiz' second request for an adjournment of sentencing.

Thank you for your consideration and attention to this matter.

Respectfully submitted,

_____/s/_____
Joshua D. Kirshner

**GRANTED.** Sentencing is adjourned to November 17, 2022 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 138.

9/12/2022

SO ORDERED.

*Paul A. Engelmayer* (signature)
PAUL A. ENGELMAYER
United States District Judge